ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mary E. Mecca<br>aka Mary Mecca<br>Debtor(s) | Chapter 13<br>Case No. 5:14–bk–04465–JJT |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#6) has been filed by the Debtor on behalf of Single Tax Office in the amount of $4900.00.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: AGarner |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 6, 2015 |