Check No. 1210674

Voucher manifest below. Please save the following pages for your records.

Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** **FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM.** *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-03088-RNO | 999-0 | ANGELA M. FULTON<br>Original Check written to:<br>ANGELA M. FULTON and DAVID H. FULTON<br>1718 SCAMPER ST.<br>HAZLE TWP., PA 18202 | | 0.00 | 4.62 | 0.00 | 4.62 |
| 14-03123-HWV | 009-0 | KERRY A. PELLISH<br>Original Check written to:<br>STATE COLLECTION SERVICE, INC<br>2509 SOUTH STOUGHTON ROAD<br>MADISON, WI 53716- | 1234 | 1,921.02 | 147.26 | 0.00 | 147.26 |
| 14-03602-RNO | 005-0 | MARIE A. YORKE<br>Original Check written to:<br>WELLS FARGO BANK, NA<br>PAYMENT PROCESSING - MAC X2302-04C<br>ONE HOME CAMPUS<br>DES MOINES, IA 50328- | 2980 | 6,804.53 | 1,699.34 | 0.00 | 1,699.34 |
| 14-04465-RNO | 006-0 | MARY E. MECCA<br>Original Check written to:<br>SINGLE TAX OFFICE<br>100 THE MALL AT STEAMTOWN, UNIT 216<br>SCRANTON, PA 18503- | | 0.00 | 4,900.00 | 0.00 | 4,900.00 |
| 14-04766-HWV | 004-0 | JONATHAN C. FORD<br>Original Check written to:<br>REMIT CORPORATION<br>998 OLD EAGLE SCHOOL<br>RD STE 1204<br>WAYNE, PA 19087- | | 379.83 | 2,345.10 | 0.00 | 2,345.10 |
| 14-05286-RNO | 005-0 | IVAN JULIAN SMITH<br>Original Check written to:<br>CITY OF SCRANTON<br>312 ADAMS AVE<br>SCRANTON, PA 18503- | | 0.00 | 241.36 | 0.00 | 241.36 |